EXHIBIT A

AFFIDAVIT OF DAVID R TODD

Your Affiant is an investigator or law enforcement officer of the United States within the meaning of Section 2510(7) of Title 18, United States Code; that is, an officer of the United States who is empowered by law to conduct investigations of and to make arrests for offenses enumerated in Section 2516 of Title 18, United States Code. Your Affiant is a Task Force Officer with the Department of Justice United States Drug Enforcement Administration and has been so since July 2023. Your Affiant is currently assigned to the Fargo Resident Office and charged with investigating drug trafficking and money laundering violations under Titles 18 and 21 of the United States Code. Your Affiant has been involved in numerous investigations dealing with the possession, manufacture, distribution, and importation of controlled substances.

Your Affiant is presently employed by the West Fargo Police Department and have been so employed since January 2017. Your Affiant was transferred to the Cass County Drug Task Force in February 2023 as a narcotics detective, and most recently deputized through the DEA in July 2023. Throughout Your Affiants time as a law enforcement officer Your Affiant has attended multiple courses with topics to include but are not limited to investigative techniques, identification of controlled substances, methods of importation, transportation, manufacture, distribution and concealment that are and have been utilized by controlled substance violators.

In June 2025, The Fargo Drug Enforcement Administration (DEA) Fargo Resident Office initiated an investigation regarding the distribution of cocaine in Fargo, North Dakota, and surrounding areas. Through the course of the investigation, Investigators were able to identify multiple suspected cocaine distributors operating within Fargo, North Dakota, one of which was identified as Richard David Fleisch (DOB: XX/XX/1968).

On or about July 15, 2025, investigators were able to determine that Richard Fleisch was residing at 1104 19th Street North Apartment 2, Fargo, North Dakota, 58102. On or about July 16, 2025, surveillance was conducted on 1104 19th Street North Apartment 2, Fargo, North Dakota. During the course of surveillance investigators witnessed Richard Fleisch conduct a hand-to-hand exchange of suspected cocaine to another individual within the Granite City Food and Brewery, 1636 42nd Street South, Fargo, North Dakota.

North Dakota State Trooper Nathan Boll was contacted to assist in the interdiction of suspected drugs, and attempt a traffic stop on the vehicle which had met with Richard Fleisch. On or about July 16, 2025, Trooper Nathan Boll conducted a traffic stop on the target vehicle within the city of Fargo, North Dakota, for multiple traffic violations. During Trooper Boll's interaction with the driver of the vehicle, Trooper Boll detected the strong odor of marijuana emitting from the vehicle. A probable cause search was conducted on the target vehicle which found approximately 56.6 gross grams (packaging included) of a white powdery substance which presumptively tested positive for cocaine. Multiple items of marijuana paraphernalia and marijuana were also located within the vehicle.

A post-Miranda interview was conducted with the driver of the vehicle who stated that they have been receiving cocaine from an individual they identified as "Rich" for approximately 3 months. The driver confirmed that the hand-to-hand exchange witnessed by investigators was an exchange of cocaine for United States currency.

On or about July 16, 2025, DEA TFO David Todd applied for and was granted a search warrant by The Honorable Cass County District Court Judge Tristan Van De Street (Warrant No. 2025-02047) to search the residence of 1104 19th Street North Apartment 2, Fargo, North Dakota.

On or about July 16, 2025, the Drug Enforcement Administration in conjunction with the Fargo Police Department and the Cass County Drug Task Force executed the search warrant at 1104 19th Street North Apartment 2, Fargo, North Dakota. During the execution of the search warrant Richard Fleisch was located within the residence.

A search of the residence found approximately 1,875 gross grams of cocaine (presumptively testing positive for cocaine), approximately 52 gross grams of methylenedioxymethamphetamine (MDMA) (presumptively testing positive for MDMA), 119.6 gross grams of suspected psilocybin, approximately 816.5 grams of suspected marijuana, approximately $165,603.00 in United States currency, and 2 firearms. It should be noted that all drug weights were weighed within its packaging.

Through a post-Miranda interview and multiple utterances made by Richard Fleisch it is believed that all contraband, United States currency, and firearms found within the residence belonged to Richard Fleisch.

Furthermore, Your Affiant sayeth naught.

Dated this __18__ day of July 2025.

David R. Todd
DEA Task Force Officer
Fargo Resident Office

Subscribed and sworn to before me this __18th__ day of July, 2025.

Alice R. Senechal
United States Magistrate Judge