AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of North Dakota

REC'D USMS-FARGO, ND
'25 JUL 18 PM 2:23

| | |
|---|---|
| United States of America<br>v.<br>Richard David Fleisch | ) ) ) ) ) ) ) Case No. 3:25-mj-523 |
| Defendant | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Richard David Fleisch,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Possession with Intent to Distribute Controlled Substance(s) in violation of 21 U.S.C. 841(a)(1) & (b)(1)(B)

Date: July 18, 2025

_Alice R. Senechal_ (signature)
*Issuing officer's signature*

City and state: Fargo, ND

Alice R. Senechal
*Printed name and title*

---

### Return

This warrant was received on *(date)* 7-18-25, and the person was arrested on *(date)* 7-24-25
at *(city and state)* Fargo, ND.

Date: 7-28-25

_(signature)_
*Arresting officer's signature*

SA Dylan Anthony
*Printed name and title*